[No. 50777-0-I.   Division One.   July 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH BEAMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07245-1, Cheryl B. Carey, J., entered July 12, 2002. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Kennedy and Schindler, JJ.

[No. 51029-1-I.   Division One.   July 7, 2003.]

JULIE LaPIERRE, *Individually and as Personal Representative*, ET AL., *Appellants*, v. THE ESTATE OF ROSE MALLOWAY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-2-00480-9, Gerald L. Knight, J., entered August 27, 2002. *Affirmed* by unpublished opinion per Baker, J., concurred in by Cox, A.C.J., and Ellington, J.

[No. 52101-2-I.   Division One.   July 7, 2003.]

EAST DOWNTOWN COMMUNITY ASSOCIATION, *Appellant*, v. DOWNTOWN EMERGENCY SERVICE CENTER, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 02-2-35727-0, Michael Hayden, J., entered March 5 and 20, 2003. *Affirmed* by unpublished per curiam opinion.